# ALEGRIA & ASSOCIATES, PLLC

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____           │
│ DATE FILED: _01/08/2026_        │
└─────────────────────────────────┘
```

*mail all correspondence
∧ Licensed in New York
∨ Licensed in Florida

**NEW YORK CITY OFFICE:**
60 E 42nd Street, Suite 4600
New York, NY 10165
Phone: (212) 758-6105

*Anselmo A. Alegria, Esq.*∧∨
**Of Counsel:**
*Jack L. Lester, Esq.*∧
*Eddy Pierre Pierre, Esq.*∧∨
*Ada L. Mena, Esq.*∨

01/08/2026

**APPLICATION GRANTED**

*[signature]*

**Hon. Katharine H. Parker, U.S.M.J.**

**VIA ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     *Vargas v. Commissioner of Social Security*
         Civil Action No. 25-cv-5150 (VSB) (KHP)

Dear Judge Parker:

This office represents the plaintiff in this matter concerning her claim for social security disability. I write to request an extension of time for the parties' briefs in this case. As a result of the administrative Stays and Tolling due to the government shutdown, plaintiff's briefing has become due on January 7, 2026. However, I have a scheduled holiday vacation with my family during the last week December, 2025. In January, 2026, my schedule includes 2 other federal court briefs, at least 5 administrative hearings and a deposition. In February, 2026, I have several more administrative hearings and 2 other federal court briefs due.

The Court has not issued a scheduling order in this case. Because the defendant filed the administrative record on December 8, 2025, plaintiff's brief is due by January 7, 2026, defendant's brief is due by February 9, 2026, and plaintiff's Reply is due by February 23, 2026. I have conferred with defendant's counsel and propose the following schedule:

- Plaintiff shall file and serve a motion for the requested relief by March 9, 2026
- Defendant shall file and serve its motion by June 8, 2026; and
- Plaintiff shall file and serve a reply, if any, by June 22, 2026.

This is the first request that either party has made to extend any deadline in this case. Defendant's counsel consents to this request. I thank the Court for its consideration.

Respectfully Submitted,
*Anselmo A. Alegria*
Anselmo A. Alegria, Esq.

cc: Padma Ghatage, SAUSA, for defendant (via ECF)