USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

FIORDALIZA VARGAS,

                 Plaintiff,

        -against-

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.
------------------------------------------------------------------X

**25-cv-05150 (VSB) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

This case has been referred to me for a report and recommendation.  The parties shall meet and confer to discuss whether they jointly consent to decision of this action by a United States Magistrate Judge (that is, the undersigned), pursuant to 28 U.S.C. § 636(c).  If the parties jointly consent, they shall complete the consent form available on the Court's website at https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge and return the form to the Clerk of the Court.

If either or both parties do not consent, counsel for Plaintiff shall file a letter on ECF no later than **Thursday, May 7, 2026**, representing that the parties met and conferred but that they do not jointly consent.  The letter should not indicate any particular party's consent or non-consent.

This Order is not meant to interfere in any way with the parties' absolute right to decision by a United States District Judge but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).  There will be no adverse consequences if the parties withhold their consent, but granting consent may result in a faster and more efficient resolution of this case.

2

**SO ORDERED.**

DATED:      New York, New York
             April 23, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge

2