UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIORDALIZA VARGAS,

                           Plaintiff,

            -against-

COMMISSIONER OF SOCIAL SECURITY.,

                           Defendant.

25 CIVIL 08798 (JLR)(SN)

## **JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated May 27, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, for further administrative proceedings, including offering the plaintiff an opportunity for a new hearing, and a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g). See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**   New York, New York

         May 27, 2026

                                          **TAMMI M. HELLWIG**
                                    _____
                                             **Clerk of Court**

                      **BY:**
                                    _____
                                             **Deputy Clerk**